# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CR-06-248-R |
| | ) |
| LAVERTISE ANTWION CUDJOE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant's pro se Motion [Doc. No. 1285] seeking reconsideration of the Court's prior order denying his Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A).[1] Defendant's motion asserts that sentencing disparities between co-defendants, changes in sentencing law concerning crack and powder cocaine violations, harsh imprisonment conditions during the pandemic, and his rehabilitation during incarceration present extraordinary and compelling reasons to reduce his sentence. Defendant raised similar arguments in his prior motion and he presents no new facts or

---

[1] Although Defendant complains that he was not given an opportunity to file a reply brief before the Court issued its order, he has not pointed to any authority suggesting that he is entitled to file a reply brief. *See United States v. Bonilla*, No. 23-5096, 2024 WL 1672366, at *2 (10th Cir. Apr. 18, 2024) ("Thus, the district court acted within its discretion by denying Bonilla's motion before he had replied to the government's response."); *United States v. Hammons*, No. 22-6044, 2022 WL 3681254, at *2 (10th Cir. Aug. 25, 2022) (affirming the denial of compassionate release before the defendant had filed a reply because the defendant failed to identify a material argument in the reply).

arguments that would compel the Court to reach a different conclusion. Additionally, for the same reasons stated in its prior order, the Court finds that a Defendant's sentence adequately serves the factors set out in 18 U.S.C. § 3553(a). Accordingly, Defendant's motion is denied.

    IT IS SO ORDERED this 13th day of May, 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE